**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
ROSA MARTINEZ,

|   |   |
|---|---|
| Plaintiff, | 22 **CIVIL** 9215 (GHW) |
| -against- | **JUDGMENT** |

MARTIN O'MALLEY,
Commissioner of Social Security

                          Defendant.
------------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Order dated January 15, 2024, and the reasons articulated in the Report, Plaintiff's motion for judgment on the pleadings is DENIED, and Defendant's motion for judgment on the pleadings is GRANTED. Judgment is entered in favor of Defendant and against Plaintiff, and this case is closed.

**Dated:**  New York, New York
         January 16, 2024

                                               **RUBY J. KRAJICK**
                                               **Clerk of Court**

**BY:**

                                        _____
                                             **Deputy Clerk**